AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

EDWARD F. MUEGGE

        Plaintiff (s),

V.

HYATT VINEYARD CREEK; NOBLE A.E.W. VINEYARD CREEK, LLC; CITY OF SANTA ROSA; BRASSERIE RESTAURANT; and DOES 1 through 50, inclusive,

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:10 CV 05403 (JSW)

Notice is hereby given that, subject to approval by the court, __City of Santa Rosa__ substitutes
                      (Party (s) Name)

__Kristina M. Launey__, State Bar No. __221335__ as counsel of record in
(Name of New Attorney)

place of __Michael J. Casey (City of Santa Rosa).__
          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Seyfarth Shaw LLP |
| Address: | 400 Capitol Mall, Suite 2350 Sacramento, CA 95814 |
| Telephone: | (916) 448-0159   Facsimile (916) 558-4839 |
| E-Mail (Optional): | klauney@seyfarth.com |

I consent to the above substitution.

Date:  February 24, 2011

                (Signature of Party (s))
                CITY OF SANTA ROSA

I consent to being substituted.

Date:  February 24, 2011

                Michael J. Casey
                (Signature of Former Attorney (s))
                SEYFARTH SHAW LLP

I consent to the above substitution.
Date:  February 2, 2011

                (Signature of New Attorney)
                Kristina M. Launey

The substitution of attorney is hereby approved and so ORDERED.

Date:  March 3, 2011

                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com