AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

EDWARD F. MUEGGE

                                    Plaintiff (s),

                  V.

HYATT VINEYARD CREEK; NOBLE A.E.W. VINEYARD
CREEK, LLC; CITY OF SANTA ROSA; BRASSERIE
RESTAURANT; and DOES 1 through 50, inclusive,
                                    Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:10 CV 05403 (JSW)

Notice is hereby given that, subject to approval by the court, <u>City of Santa Rosa</u> substitutes
(Party (s) Name)

<u>Minh N. Vu</u>, State Bar No. 444305 (Wsh DC) as counsel of record in
(Name of New Attorney)

place of  <u>Michael J. Casey (City of Santa Rosa).</u>
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Seyfarth Shaw LLP |
| Address: | 975 F Street, N.W. Washington, D.C. 20004 |
| Telephone: | (202) 828-5337          Facsimile (202) 641-9279 |
| E-Mail (Optional): | mvu@seyfarth.com |

I consent to the above substitution.

Date:  February 2Y, 2011

(Signature of Party (s))

CITY OF SANTA ROSA

I consent to being substituted.

Date:  February 2Y, 2011

Michael J. Casey

(Signature of Former Attorney (s))

SEYFARTH SHAW LLP

I consent to the above substitution.
Date:  February 28, 2011

(Signature of New Attorney)

Minh N. Vu

The substitution of attorney is hereby approved and so ORDERED.

Date:  March 9, 2011

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com