IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD MUEGGE,

    Plaintiff,

  v.

HYATT VINEYARD CREEK,

    Defendants.
_____/

No. C 10-05403 JSW

**ORDER REQUIRING STATUS REPORT**

On November 29, 2010, Plaintiff filed the Complaint in this case, which is governed by this Court's Scheduling Order for Cases Asserting Denial of Right of Access under the Americans with Disabilities Act. (*See* Docket No. 5.) There has been no activity in this case since July 2011. Accordingly, the Court HEREBY ORDERS the parties to submit a joint status report setting forth the status of this case, and whether any court intervention is required at this time. The parties' Joint Status Report shall be due on February 24, 2012.

**IT IS SO ORDERED.**

Dated: February 7, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE