1 | SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
2 | E-mail: klauney@seyfarth.com
400 Capitol Mall, Suite 2350
3 | Sacramento, California 95814-4428
Telephone: (916) 448-0159
4 | Facsimile: (916) 558-4839

5 | SEYFARTH SHAW LLP
Minh N. Vu (Washington, D.C. Bar No. 444305) *Admitted Pro Hac Vice*
6 | Email: mvu@seyfarth.com
975 F. Street, N.W.
7 | Washington, D.C. 20004
Telephone: (202) 828-5337
8 | Facsimile: (202) 641-9279

9 | Attorneys for Defendants
NOBLE A.E.W. VINEYARD CREEK, LLC,
10 | dba HYATT VINEYARD CREEK,
BRASSERIE RESTAURANT and
11 | CITY OF SANTA ROSA

12 | Timothy S. Thimesch, Esq.
THIMESCH LAW OFFICES
13 | 158 Hilltop Crescent
Walnut Creek, CA 94597-3452
14 | Telephone: (925) 588-0401
Facsimile: (888) 210-8868
15
Attorneys for Plaintiff
16

17 | UNITED STATES DISTRICT COURT

18 | NORTHERN DISTRICT OF CALIFORNIA

19 | EDWARD MUEGGE, ) Case No. 3:10 CV 05403 JSW
)
20 | Plaintiff, ) **STIPULATION AND [PROPOSED]**
) **ORDER CONTINUING GENERAL**
21 | v. ) **ORDER 56 MEDIATION DEADLINE**
)
22 | HYATT VINEYARD CREEK; NOBLE )
A.E.W. VINEYARD CREEK, LLC; CITY OF )
23 | SANTA ROSA; BRASSERIE RESTAURANT; )
and DOES 1 through 50, inclusive, )
24 | )
Defendants. )
25 | )

26 | **TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND**

27 | **TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

28

Case No. CV 10 5403 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING GENERAL ORDER 56 DEADLINE
15005585v.1

1 Defendants Noble A.E.W. Vineyard Creek, LLC, dba Hyatt Vineyard Creek, Brasserie
2 Restaurant and City of Santa Rosa ("defendants") and Plaintiff Edward Muegge, by and through
3 their respective counsel of record, hereby STIPULATE to continue the deadline for mediation
4 described in paragraph 7 of General Order 56 from November 16, 2012 to December 15, 2012.
5 The parties have conducted a joint inspection, met and conferred in person regarding injunctive
6 relief, and are close to agreement on injunctive relief. The parties have been in active contact
7 with the Court-appointed mediator regarding status, progress, and are in the process of choosing
8 a mediation date. The parties therefore request an one-month extension on the mediation
9 deadline.

10 **IT IS SO STIPULATED.**

12 DATED: November 16, 2012     SEYFARTH SHAW LLP

14     By   /s/ Kristina M. Launey
15        Kristina M. Launey
           Minh N. Vu (*admitted pro hac vice*)
16     Attorneys for Defendants
       NOBLE A.E.W. VINEYARD CREEK, LLC,
       DBA HYATT VINEYARD CREEK, AND
17     BRASSERIE RESTAURANT and CITY OF
       SANTA ROSA

18 DATED: November 16, 2012     THIMESCH LAW OFFICES

21     By   /s/ Timothy S. Thimesch
           Timothy S. Thimesch
22     Attorneys for Plaintiff EDWARD MUEGGE

1
2
**ORDER**
Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3
4  Dated: November 16, 2012
5
_____
Honorable Jeffrey S. White
United States Magistrate Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28