SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
E-mail: klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Minh N. Vu (Washington, D.C. Bar No. 444305) *Admitted Pro Hac Vice*
Email: mvu@seyfarth.com
975 F. Street, N.W.
Washington, D.C. 20004
Telephone: (202) 828-5337
Facsimile: (202) 641-9279

Attorneys for Defendants
NOBLE A.E.W. VINEYARD CREEK, LLC,
dba HYATT VINEYARD CREEK,
BRASSERIE RESTAURANT and
CITY OF SANTA ROSA

Timothy S. Thimesch, Esq.
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone: (925) 588-0401
Facsimile: (888) 210-8868

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MUEGGE,<br><br>   Plaintiff,<br><br> v.<br><br>HYATT VINEYARD CREEK; NOBLE A.E.W. VINEYARD CREEK, LLC; CITY OF SANTA ROSA; BRASSERIE RESTAURANT; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. 3:10 CV 05403 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING GENERAL ORDER 56 MEDIATION DEADLINE** |

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND**

**TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

---

Case No. CV 10 5403 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING GENERAL ORDER 56 DEADLINE
15005585v.1

Defendants Noble A.E.W. Vineyard Creek, LLC, dba Hyatt Vineyard Creek, Brasserie Restaurant and City of Santa Rosa ("defendants") and Plaintiff Edward Muegge, by and through their respective counsel of record, hereby STIPULATE to continue the deadline for mediation described in paragraph 7 of General Order 56 from November 16, 2012 to December 15, 2012. The parties have conducted a joint inspection, met and conferred in person regarding injunctive relief, and are close to agreement on injunctive relief. The parties have been in active contact with the Court-appointed mediator regarding status, progress, and are in the process of choosing a mediation date. The parties therefore request an one-month extension on the mediation deadline.

**IT IS SO STIPULATED.**

DATED: November 16, 2012          SEYFARTH SHAW LLP

By   /s/ Kristina M. Launey
     Kristina M. Launey
     Minh N. Vu (*admitted pro hac vice*)
Attorneys for Defendants
NOBLE A.E.W. VINEYARD CREEK, LLC, DBA HYATT VINEYARD CREEK, AND BRASSERIE RESTAURANT and CITY OF SANTA ROSA

DATED: November 16, 2012          THIMESCH LAW OFFICES

By   /s/ Timothy S. Thimesch
     Timothy S. Thimesch
Attorneys for Plaintiff EDWARD MUEGGE

**ORDER**
Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated November 16, 2012

_____
Honorable Jeffrey S. White
United States Magistrate Judge