1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  E-mail: klauney@seyfarth.com
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  SEYFARTH SHAW LLP
   Minh N. Vu (Washington, D.C. Bar No. 444305) *Admitted Pro Hac Vice*
6  Email: mvu@seyfarth.com
   975 F. Street, N.W.
7  Washington, D.C. 20004
   Telephone: (202) 828-5337
8  Facsimile: (202) 641-9279

9  Attorneys for Defendants
   NOBLE A.E.W. VINEYARD CREEK, LLC,
10 dba HYATT VINEYARD CREEK,
   BRASSERIE RESTAURANT and
11 CITY OF SANTA ROSA

12 Timothy S. Thimesch, Esq.
   THIMESCH LAW OFFICES
13 158 Hilltop Crescent
   Walnut Creek, CA 94597-3452
14 Telephone: (925) 588-0401
   Facsimile: (888) 210-8868
15
   Attorneys for Plaintiff
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19 | EDWARD MUEGGE, | ) Case No. 3:10 CV 05403 JSW |
20 | Plaintiff, | ) **SUPPLEMENTAL JOINT STATUS REPORT** |
21 | v. | ) **AND ORDER CONTINUING CONFERENCE** |
22 | HYATT VINEYARD CREEK; NOBLE A.E.W. VINEYARD CREEK, LLC; CITY OF SANTA ROSA; BRASSERIE RESTAURANT; and DOES 1 through 50, inclusive, | ) |
23 | | ) |
24 | Defendants. | ) |
25 | | ) |

26       Plaintiff Edward Muegee ("plaintiff") Defendants Noble A.E.W. Vineyard Creek, LLC,

27 dba Hyatt Vineyard Creek, Brasserie Restaurant and City of Santa Rosa ("defendants") submit

28

SUPPLEMENTAL STATUS REPORT

15079577v.1

1  this Supplemental Status Report pursuant to the Court's September 10, 2012, Notice Continuing
2  Status Conference (Document # 33).  The parties do not believe that Court intervention is
3  required at this time, and request that the December 14, 2012 Status Conference be continued, as
4  the parties are scheduled to conduct their mediation that date.

6  DATED: December 6, 2012                    SEYFARTH SHAW LLP

8                                             By  /s/ Kristina M. Launey
                                                  Kristina M. Launey
9                                                 Minh N. Vu (*admitted pro hac vice*)
                                               Attorneys for Defendants
10                                             NOBLE A.E.W. VINEYARD CREEK, LLC,
                                               DBA HYATT VINEYARD CREEK, AND
11                                             BRASSERIE RESTAURANT and CITY OF
                                               SANTA ROSA

13  DATED: December 6, 2012                    THIMESCH LAW OFFICES

15                                             By  /s/ Timothy S. Thimesch
                                                  Timothy S. Thimesch
                                               Attorneys for Plaintiff

   The status conference is CONTINUED to February 22, 2013 at 1:30 p.m.

21  Dated:  December 10, 2012

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE