SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
E-mail: klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Minh N. Vu (Washington, D.C. Bar No. 444305) *Admitted Pro Hac Vice*
Email: mvu@seyfarth.com
975 F. Street, N.W.
Washington, D.C. 20004
Telephone: (202) 828-5337
Facsimile: (202) 641-9279

Attorneys for Defendants
NOBLE A.E.W. VINEYARD CREEK, LLC,
dba HYATT VINEYARD CREEK,
BRASSERIE RESTAURANT and
CITY OF SANTA ROSA

Timothy S. Thimesch, Esq.
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone: (925) 588-0401
Facsimile: (888) 210-8868

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MUEGGE, | Case No. 3:10 CV 05403 JSW |
| Plaintiff, | **SUPPLEMENTAL JOINT STATUS REPORT** |
| v. | **AND ORDER CONTINUING CONFERENCE** |
| HYATT VINEYARD CREEK; NOBLE A.E.W. VINEYARD CREEK, LLC; CITY OF SANTA ROSA; BRASSERIE RESTAURANT; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff Edward Muegee ("plaintiff") Defendants Noble A.E.W. Vineyard Creek, LLC, dba Hyatt Vineyard Creek, Brasserie Restaurant and City of Santa Rosa ("defendants") submit

SUPPLEMENTAL STATUS REPORT

15079577v.1

this Supplemental Status Report pursuant to the Court's September 10, 2012, Notice Continuing Status Conference (Document # 33). The parties do not believe that Court intervention is required at this time, and request that the December 14, 2012 Status Conference be continued, as the parties are scheduled to conduct their mediation that date.

DATED: December 6, 2012　　　　　　　　SEYFARTH SHAW LLP

By　/s/ Kristina M. Launey
　　Kristina M. Launey
　　Minh N. Vu (*admitted pro hac vice*)
Attorneys for Defendants
NOBLE A.E.W. VINEYARD CREEK, LLC, DBA HYATT VINEYARD CREEK, AND BRASSERIE RESTAURANT and CITY OF SANTA ROSA

DATED: December 6, 2012　　　　　　　　THIMESCH LAW OFFICES

By　/s/ Timothy S. Thimesch
　　Timothy S. Thimesch
Attorneys for Plaintiff

The status conference is CONTINUED to February 22, 2013 at 1:30 p.m.

Dated: December 10, 2012

*/s/ Jeffrey S. White*

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE