1  SEYFARTH SHAW LLP
   Kristina M. Launey (SBN 221335)
2  E-mail: klauney@seyfarth.com
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  SEYFARTH SHAW LLP
   Minh N. Vu (Washington, D.C. Bar No. 444305)
6  *Admitted Pro Hac Vice*
   Email: mvu@seyfarth.com
7  975 F. Street, N.W.
   Washington, D.C. 20004
8  Telephone: (202) 828-5337
   Facsimile: (202) 641-9279
9
   Attorneys for Defendants
10 NOBLE A.E.W. VINEYARD CREEK, LLC,
   dba HYATT VINEYARD CREEK,
11 BRASSERIE RESTAURANT and
   CITY OF SANTA ROSA
12
   Timothy S. Thimesch, Esq.
13 THIMESCH LAW OFFICES
   158 Hilltop Crescent
14 Walnut Creek, CA 94597-3452
   Telephone: (925) 588-0401
15 Facsimile: (888) 210-8868

16 Attorneys for Plaintiff

17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20

| 21 | EDWARD MUEGGE, | Case No. 3:10 CV 05403 JSW |
|---|---|---|
| 22 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS NOBLE A.E.W. VINEYARD CREEK, LLC, DBA HYATT VINEYARD CREEK, BRASSERIE RESTAURANT and CITY OF SANTA ROSA** |
| 23 | v. | |
| 24 | HYATT VINEYARD CREEK; NOBLE A.E.W. VINEYARD CREEK, LLC; CITY OF SANTA ROSA; BRASSERIE RESTAURANT; and DOES 1 through 50, inclusive, | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |

28

15109067v.2

1  Plaintiff EDWARD MUEGGE and defendants NOBLE A.E.W. VINEYARD CREEK,
2  LLC, dba HYATT VINEYARD CREEK, BRASSERIE RESTAURANT and CITY OF SANTA
3  ROSA by and through their attorneys of record, file this Stipulation of Dismissal pursuant to
4  Federal Rule of Civil Procedure section 41.
5  Plaintiff filed this lawsuit on November 29, 2010.
6  Plaintiff and defendants have entered into a "Settlement Agreement and Release" that
7  settles all aspects of the lawsuit against all defendants. A copy of the "Settlement Agreement and
8  Release" is incorporated by reference herein as if set forth in full. The "Settlement Agreement
9  and Release" states in part that the Parties will "request that the Court will request that the Court
10 retain jurisdiction to enforce this Agreement." Plaintiff and defendants stipulate to the Court
11 retaining jurisdiction to enforce the "Settlement Agreement and Release."
12 Plaintiff moves to dismiss with prejudice the lawsuit against defendants NOBLE A.E.W.
13 VINEYARD CREEK, LLC, dba HYATT VINEYARD CREEK, BRASSERIE RESTAURANT
14 and CITY OF SANTA ROSA. Defendants NOBLE A.E.W. VINEYARD CREEK, LLC, dba
15 HYATT VINEYARD CREEK, BRASSERIE RESTAURANT and CITY OF SANTA ROSA,
16 who have answered the Complaint, agree to the dismissal with prejudice.
17 This case is not a class action, and no receiver has been appointed.
18 This Stipulation and Order may be signed in counterparts, and electronic and facsimile
19 signatures shall be as valid and as binding as original signatures.
20 Wherefore, plaintiff and defendants, by and through their attorneys of record, so stipulate.

DATED: January 2, 2013            SEYFARTH SHAW LLP


                                  By   /s/ Kristina M. Launey
                                     Kristina M. Launey
                                     Minh N. Vu (*admitted pro hac vice*)
                                     Attorneys for Defendants
                                     NOBLE A.E.W. VINEYARD CREEK, LLC,
                                     DBA HYATT VINEYARD CREEK, AND
                                     BRASSERIE RESTAURANT and CITY OF
                                     SANTA ROSA

15109067v.2

1
2  DATED: January 2, 2013                    THIMESCH LAW OFFICES
3
4                                            By    /s/ Timothy S. Thimesch
                                                 Timothy S. Thimesch
5                                                Attorneys for Plaintiff
6
7  **PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**
8       The lawsuit against defendants NOBLE A.E.W. VINEYARD CREEK, LLC, dba
9  HYATT VINEYARD CREEK, BRASSERIE RESTAURANT and CITY OF SANTA ROSA is
10 dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Release
11 And Settlement Agreement."
12 Dated: January 3, 2013, ~~2012~~          _____
                                             Hon. Jeffrey S. White
13                                           United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

15109067v.2