SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
E-mail: klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Minh N. Vu (Washington, D.C. Bar No. 444305)
*Admitted Pro Hac Vice*
Email: mvu@seyfarth.com
975 F. Street, N.W.
Washington, D.C. 20004
Telephone: (202) 828-5337
Facsimile: (202) 641-9279

Attorneys for Defendants
NOBLE A.E.W. VINEYARD CREEK, LLC,
dba HYATT VINEYARD CREEK,
BRASSERIE RESTAURANT and
CITY OF SANTA ROSA

Timothy S. Thimesch, Esq.
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone: (925) 588-0401
Facsimile: (888) 210-8868

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MUEGGE,<br><br>Plaintiff,<br><br>v.<br><br>HYATT VINEYARD CREEK; NOBLE A.E.W. VINEYARD CREEK, LLC; CITY OF SANTA ROSA; BRASSERIE RESTAURANT; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:10 CV 05403 JSW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS NOBLE A.E.W. VINEYARD CREEK, LLC, DBA HYATT VINEYARD CREEK, BRASSERIE RESTAURANT and CITY OF SANTA ROSA** |

15109067v.2

Plaintiff EDWARD MUEGGE and defendants NOBLE A.E.W. VINEYARD CREEK, LLC, dba HYATT VINEYARD CREEK, BRASSERIE RESTAURANT and CITY OF SANTA ROSA by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on November 29, 2010.

Plaintiff and defendants have entered into a "Settlement Agreement and Release" that settles all aspects of the lawsuit against all defendants. A copy of the "Settlement Agreement and Release" is incorporated by reference herein as if set forth in full. The "Settlement Agreement and Release" states in part that the Parties will "request that the Court will request that the Court retain jurisdiction to enforce this Agreement." Plaintiff and defendants stipulate to the Court retaining jurisdiction to enforce the "Settlement Agreement and Release."

Plaintiff moves to dismiss with prejudice the lawsuit against defendants NOBLE A.E.W. VINEYARD CREEK, LLC, dba HYATT VINEYARD CREEK, BRASSERIE RESTAURANT and CITY OF SANTA ROSA. Defendants NOBLE A.E.W. VINEYARD CREEK, LLC, dba HYATT VINEYARD CREEK, BRASSERIE RESTAURANT and CITY OF SANTA ROSA, who have answered the Complaint, agree to the dismissal with prejudice.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and electronic and facsimile signatures shall be as valid and as binding as original signatures.

Wherefore, plaintiff and defendants, by and through their attorneys of record, so stipulate.


DATED: January 2, 2013             SEYFARTH SHAW LLP


                                    By   /s/ Kristina M. Launey
                                       Kristina M. Launey
                                       Minh N. Vu (*admitted pro hac vice*)
                                       Attorneys for Defendants
                                       NOBLE A.E.W. VINEYARD CREEK, LLC,
                                       DBA HYATT VINEYARD CREEK, AND
                                       BRASSERIE RESTAURANT and CITY OF
                                       SANTA ROSA

15109067v.2

DATED: January 2, 2013                THIMESCH LAW OFFICES

By  /s/ Timothy S. Thimesch
    Timothy S. Thimesch
    Attorneys for Plaintiff

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

The lawsuit against defendants NOBLE A.E.W. VINEYARD CREEK, LLC, dba HYATT VINEYARD CREEK, BRASSERIE RESTAURANT and CITY OF SANTA ROSA is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Release And Settlement Agreement."

Dated: January 3, 2013, ~~2012~~

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Judge

15109067v.2